

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The State of Texas,                              \* From the 385th District Court
                                                    of Midland County
                                                    Trial Court No. CR49338.

Vs. No. 11-18-00001-CR                           \* February 21, 2020

Terry Daryl Whitman,                             \* Opinion by Bailey, C.J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Stretcher, J., and Wright, S.C.J., sitting
                                                    by assignment)
                                                    (Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.